IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 13-05643 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| BERTHA GONZALEZ and GONZALO GONZALEZ, individually and d/b/a PAPA JOE'S PIZZA, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 10, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. REFERRAL TO PRO SE HELP DESK.

Defendants are ordered to schedule an appointment with the court's pro se help desk within the next 60 days. Defendants may schedule an appointment either by calling 415-782-8982 or by signing up in the appointment book located on the table outside the door of the Legal Help Center at the United States Courthouse, 450 Golden Gate Avenue, 15th Floor, Room 2796, in San Francisco, California.

2. FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **September 11, 2014 at 11:00 a.m.** All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.  Both parties must file a Case Management Statement at least one week prior to the Conference.  The statement may be filed either jointly or separately and must follow the guidelines set forth in the Standing Order for All Judges of the Northern District of California, a copy of which is attached to this order.

IT IS SO ORDERED.

DATED:   July 10, 2014

_____
RICHARD SEEBORG
United States District Judge