UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>BERTHA GONZALEZ, et al.,<br><br>    Defendants. | Case No. 13-cv-05643-RS<br><br>**CASE MANAGEMENT ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, plaintiff J&J Sports Productions, Inc. attended a Case Management Conference on November 13, 2014. Defendants Bertha Gonzalez and Gonzalo Gonzalez, doing business as Papa Joe's Pizza, declined to join in plaintiff's Case Management Statement or appear at the November 13 Conference. In light of this, J&J plans to move to set aside or strike defendants' answer. Defendants are hereby advised that a sustained failure to participate in these proceedings may result in their answer being set aside and, ultimately, a default judgment being entered. Defendants are again encouraged, as noted in the prior scheduling order, to schedule an appointment with the court's pro se help desk. Dkt. 26.

**IT IS SO ORDERED**.

Dated: November 13, 2014

_____
RICHARD SEEBORG
United States District Judge