UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>BERTHA GONZALEZ, et al.,<br><br>    Defendants. | Case No. 13-cv-05643-RS<br><br>**ORDER TO SHOW CAUSE WHY ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED** |

Defendants Bertha Gonzalez and Gonzalo Gonzalez, individually and doing business as Papa Joe's Pizza, declined to join plaintiff J&J Sports Productions, Inc.'s Case Management Statement or appear at the November 13, 2014 Conference.  As mentioned in the November 13 Case Management Order, defendants are advised that failure to participate in these proceedings may result in their answer being set aside and, ultimately, default judgment being entered.  Defendants are therefore ordered to show cause as to why default should not be entered against them by March 27, 2015.  They are once again encouraged to schedule an appointment with the court's pro se help desk either by calling 415-782-8982 or by signing up in the appointment book located on the table outside the door of the Legal Help Center at the United States Courthouse, 450 Golden Gate Avenue, 15th Floor, Room 2796, in San Francisco, California.

**IT IS SO ORDERED**.

Dated: March 2, 2015

RICHARD SEEBORG
United States District Judge