UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br>     Plaintiff, <br>     v. <br> BERTHA GONZALEZ, et al., <br>     Defendants. | Case No. 13-cv-05643-RS <br><br> **ORDER EXTENDING TIME TO SHOW CAUSE** |

Defendants Bertha and Gonzalo Gonzalez, individually and doing business as Papa Joe's Pizza, were ordered to show cause as to why their answer should not be stricken and default not entered against them by March 27, 2015. Defendants have not timely responded. They have, however, contacted court personnel asserting that they did not receive the Court's prior order. As it would cause no apparent prejudice to plaintiff J&J Sports Productions, Inc., defendants are hereby granted until April 16, 2015 to demonstrate why default should not be entered against them. They are further advised that failure to do so may result in their answer being set aside and, ultimately, default judgment being entered.

**IT IS SO ORDERED**.

Dated: April 1, 2015

_____
RICHARD SEEBORG
United States District Judge