Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BERTHA GONZALEZ, ET AL.,<br><br>Defendants. | Case No. 3:13-cv-05643-RS<br><br>ORDER (~~Proposed~~) |

**ORDER** (~~Proposed~~)

The above-entitled action is hereby stayed as to defendant Bertha Gonzalez, individually and d/b/a Pap Joe's Pizza, pending disposition of Plaintiff's claims against this particular defendant in bankruptcy.

**IT IS SO ORDERED:**

_[signature]_                                    Date: 11/5/15

**Honorable Richard Seeborg**
**United States District Court**
**Northern District of California**